22                                               JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ERIC BUFORD,<br>        Plaintiff,<br>v.<br>RAYBON JOHNSON,<br>        Defendant. | Case No. 5:22-cv-00026-FLA (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, IT IS ADJUDGED that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is denied and that this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: September 30, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge